HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:22-cr-00239-JLT-SKO |
|---|---|---|
| *Plaintiff,* | ) | |
| vs. | ) | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| PATRICK JAMES BREEDLOVE, III, | ) | |
| *Defendant,* | ) | |

Defendant Patrick James Breedlove, III, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On September 1, 2022, an Indictment was issued in the above captioned case. Mr. Breedlove had an initial appearance on the allegations in the District of Idaho on October 20, 2022, where the court appointed counsel to represent him and ordered him released on conditions. Mr. Breedlove is scheduled for an initial appearance in the Eastern District of California on the pending Indictment on Thursday, October 27, 2022 at 2:00 p.m. before Judge Stanley A. Boone. Counsel is needed in advance of that hearing to facilitate Mr. Breedlove's appearance.

Mr. Breedlove submits the Financial Affidavit as evidence of his inability to retain counsel. Therefore, after reviewing his Financial Affidavit it is respectfully recommended that the counsel be promptly appointed to assist in advance of Mr. Breedlove's arraignment.

DATED: October 24, 2022         /s/ Eric V. Kersten
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant Patrick James Breedlove, III is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **October 24, 2022**         /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE