JOHN F. GARLAND #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
JAMES PATRICK BREEDLOVE, III

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES PATRICK BREEDLOVE, III,<br><br>    Defendant. | Case No. 1:22-CR-00239 JLT-SKO<br><br>**WAIVER OF APPEARANCE AND ORDER THEREON**<br><br>**DATE: January 18, 2023**<br>**TIME: 1:00 p.m.**<br>**Courtroom Seven**<br><br>**HON. SHEILA K. OBERTO** |

    Defendant, JAMES PATRICK BREEDLOVE, III, hereby waives his right to be present in person in open court upon all pretrial hearings presently set or set in the future in the above entitled case. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing(s) by the presence of his attorney, John F. Garland. Defendant further agrees to be present in person in court at all future hearing dates at which his presence is required by the court, including the date set for jury trial.

Dated: November __4__, 2022                    _/s/_ James Patrick Breedlove III_____
                                                             JAMES PATRICK BREEDLOVE, IIII

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant JAMES PATRICK BREEDLOVE, III is hereby excused from appearing at all pretrial hearings before the court, unless the presence of the defendant at any pretrial hearing is required by the court.

IT IS SO ORDERED.

Dated: **November 28, 2022**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE