JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
JAMES PATRICK BREEDLOVE, III

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00239 JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS AND ORDER THEREON** |
| v. | |
| JAMES PATRICK BREEDLOVE, III, | |
| Defendant. | |

Defendant, JAMES PATRICK BREEDLOVE, III, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney and Brittany M. Gunter, Assistant United States Attorney, hereby stipulate that the defendant's pretrial release conditions be modified as set forth below.

**MODIFIED PRETRIAL RELEASE CONDITIONS**

The defendant is currently on pretrial release subject to the conditions in the Order Setting Conditions of Release (Doc. 14, USDC Idaho Case No. 1:22-mj-00240-REP-1). **Condition 16** on page 2 of the Order provides "The defendant shall have no contact with minor aged children unless approved by pretrial services." The parties stipulate that **Condition 16** be as modified to **"You**

**shall have no contact with any children under the age of 18, without the parent or legal guardian of that child being present."** Condition 18 on page 2 of the Order provides "The defendant may not have contact with his minor child, Brooklyn Breedlove, without the presence of Tawni Breedlove, Candy Weir, Donna Critchfield, or Robert Critchfield." The parties further stipulate that **Condition 18** be modified to **"You may not have contact with your minor child, Brooklyn Breedlove, or with the minor children of Travis Critchfield, without the presence of Tawni Breedlove, Candy Weir, Donna Critchfield, or Robert Critchfield.**

All prior orders of the Court not in conflict with the above modified conditions remain in full force and effect.

Pretrial Services Officer Lorena Gallagher agrees to the above modification of pretrial release conditions.

Dated:  November 14, 2023                             /s/ John F. Garland
                                                                            John F. Garland
                                                                       Attorney for Defendant
                                                            JAMES PATRICK BREEDLOVE, III


Dated:  November 14, 2023                              Phillip A. Talbert
                                                                      United States Attorney

                                                                    /s  /Brittany M. Gunter
                                                               By:   Brittany M. Gunter
                                                                     Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Pretrial Release conditions of defendant JAMES PATRICK BREEDLOVE, III are modified as set forth:

**Condition 16:** "You shall have no contact with any children under the age of 18, without the parent or legal guardian of that child being present."

**Condition 18:** "You may not have contact with your minor child, Brooklyn Breedlove, or with the minor children of Travis Critchfield, without the presence of Tawni Breedlove, Candy Weir, Donna Critchfield, or Robert Critchfield.

IT IS SO ORDERED.

Dated:   **November 14, 2023**

UNITED STATES MAGISTRATE JUDGE