PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:22-CR-00239-JLT-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JAMES PATRICK BREEDLOVE III, | |
| Defendant. | |

On or about June 24, 2024, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant James Patrick Breedlove III, forfeiting to the United States the following property:

    a.  Samsung cell phone, IMEI 356556770602374,

    b.  Seagate internal hard drive, serial number 9VP32MV8,

    c.  USB thumb drive, serial number 25BD3VTGSU17, and

    d.  SD cards, compact discs, DVD's, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about August 27, 2020.

Beginning on July 2, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of James Patrick Breedlove III:

   a. Samsung cell phone, IMEI 356556770602374,
   b. Seagate internal hard drive, serial number 9VP32MV8,
   c. USB thumb drive, serial number 25BD3VTGSU17, and
   d. SD cards, compact discs, DVD's, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about August 27, 2020.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **November 26, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE